Good morning and may it please the court. Two problems beset Mr. Baker's wire fraud convictions. First, the pair of victims named in the indictment and presented to the jury lacked property rights in the object of the charged scheme to defraud, a fee tied to a real estate transaction. This hole in the evidence leaves the money or property element unsupported under at least half a dozen Supreme Court cases. The second problem with Mr. Baker's convictions lies in a state court judgment issued over a year before trial. It was submitted to the district court. It adjudged Mr. Baker to be the sole owner of the disputed real estate fee, excluding all other claimants, including the two putative victims here. And it is legally operative. It wasn't admitted in evidence, was it? True to that, Your Honor. But you had the opportunity to offer it. Your brief says that there was a response to your motion in limine or to the government's motion when he was dispositive, but the judge issued an order saying it was not dispositive, and then you never offered it at trial. And you're right, Your Honor. But to be blunt, I have bigger fish to fry here than an evidentiary rule. That may have been a good tactical decision, but you're bound by that tactical decision. That was not in evidence at trial, and I don't see how you can rely on it here. Well, I'm asking this court in my third, second issue to take judicial notice of it because it bars Mr. Baker's convictions. He could not devise a criminal scheme to obtain his own property. He could not defraud himself. That claim lies in the first issue that I've pressed, which is the government did not show that either victim held cognizable property rights in the very object of the charged scheme. So put aside the state court ruling, and let's address the dearth of evidence on the money or property element of the statute. Go ahead. I don't know what to add to the fact that the Supreme Court has said the federal fraud statutes protect property rights. Do you think the escrow agent had no property rights? Yes, I think that. It could exclude other people from that money. True, but that's a property right, is it not? It is not a property right at common law. Escrow agents and baileys acquired no property rights under common law. They have the right to that property above the entire world except the two parties to the escrow agency. They have a right to possess that property according to the escrow agreement. They do not acquire ownership rights. They don't have full ownership, but there are lots of property rights less than full ownership. I mean, which one, save mere possession, does an escrow agent have? It can't sell the money. It can't control it. It can't exclude others from taking it. If the money was embezzled from the escrow agent, the escrow agent could sue the embezzler and try to get it back so it could perform its functions as an escrow agent. That's a property interest. It's in the hands of the victim. That the escrow agent has fiduciary responsibilities and may face litigation as a defensive matter or could bring offensive litigation does not convert, does not translate to a property right within the meaning of McNally, Cleveland, Simonelli, Kelly. I could go on and on. Counsel, I'm glad you mentioned those cases. McNally, Cleveland, those cases, I agree with you that they do say that both the mail fraud statute, wire fraud statute must be based upon property. But really at issue in those cases was whether or not what the scheme was all about was to actually get something that qualified as property. It did not talk about adding an element to the fraud statutes that the government must prove, not just that what the scheme was devised was to get property of another, but that the government must also establish ownership rights. I mean, you seem to be adding an additional element that I don't see in the fraud statute, nor was it in the elements that were advised to the jury, nor is it in the definition of scheme to defraud. So why should we read those cases to impose this additional element, not just a property scheme to defraud another property, but also property that they owned? With due respect, you're wrong, Judge Federico, twice. First, I'm not adding an element. The definition of a scheme to defraud is to obtain property from another, money or property from another, not the defendant, and that is precisely what this jury was instructed. If you look at the definition. I have it right in front of me. I agree with you. Okay. But your argument is that here, because the title company and the brother had no ownership rights, that there could not have been a scheme to deprive them of property. But the title company had possession of the property. I'm distinguishing. So you're distinguishing possession versus ownership, but that's nowhere in the definitions of scheme to defraud. I guess I'm asking you, where does that come from? It's in the common law, Your Honor. And when the Congress imports fraud from the common law, it brings all the soil in which that doctrine was planted. Chief among them, the victim of the fraud must have property rights, must have ownership in the object of the charge fraud. Does that have to be legal title? Could it be equitable title? Where are you drawing the line? It's a fair question. I don't have to draw that line here. I wouldn't be— Well, you do in a way, because common law refers to property as a bunch of sticks of individual interests that an owner has. Yes. But you have property if you have any one of those sticks. I'm not— You have the right to exclude people from this. That's the Supreme Court said that was a property interest in a recent takings case. And— I challenge that, Your Honor. I think the whole notion of the common law idea of bailment, which the government has injected into this case, is to separate mere possession from all other aspects of ownership. So the common law gave a bailee, if that's what an escrow agent is, and I don't think so, it gave it only possession, no property rights. No property rights within the meaning of the statute. I'm not suggesting that it didn't have the right to possess that property, but it did not own it in the sense that the Supreme Court demands. And if I'm wrong, this would be the first court to consider whether some kind of ethereal, squishy property right exists in an escrow agent. And that must, therefore, be attributable to ambiguity in the definition of property or money in the statute for which I invoke the rule of lenity. How do you wrestle with the line of cases that say that a claim of right to property is not a defense to the fraud statutes? In other words, the law doesn't allow for someone to say, well, I don't think they actually have any ownership rights over this property. So therefore, I can engage in any scheme, lie that I want in order to try to get the property from their possession because I think I actually own it. There are cases that say that's not a defense. So how do you wrestle with those? You're gesturing at the intent requirement of wire fraud. I'm in a completely different zip code. I am challenging the money or property element. I'm not contesting whether Mr. Baker had a sufficient mens rea. I'm attacking an altogether different element. So to be blunt, I don't care what prior cases say about intent. I care what cases say about property. If there are no further questions, I'll reserve. You don't have any other issues you're going to raise? You raised other issues in your brief. Are you... Certainly not waiving. Certainly not waiving any of those issues. You gestured... If you don't address them now, I'm not going to allow you to address it in your rebuttal. You can't hold them back until you hear from the other side. So if you have any other issues you want to raise with respect to the conviction, you should address them now. I anticipate we're going to hear for 15 minutes about the property or money element, which I challenge. And I will dedicate my rebuttal only to those. Actually, I have another question about the state court judgment in the interpleader action. I thought at the beginning of your argument, you conceded that it wasn't offered. So therefore, your only argument you're making now is asking us to take judicial notice. But I read in your briefs, you also offered the futility doctrine and acknowledged a point I agree with, which is defense lawyers have feelings too. So it would be futile for the defense lawyer to have tried to offer it in the face of the judge's pronouncements already made. But are you abandoning the futility doctrine? Absolutely not. I am not pressing that issue because I don't want a new trial. I want a remand with instructions. You're not pressing it, but you're not abandoning it. So where does it live? Well, I've written not one, but two briefs on the issue. I'm prepared to pair your very fair observation, Judge Federico. I agree that I've got presentation problems here. So the next argument in my brief, or the next sub-argument in my brief, is the district court should have recognized immediately that this document is not hearsay. It's a legally operative determination of rights. Let me ask you about futility, though. Immediately after that hearing, I think it was the same day, the judge issued an order saying it denied the government's motion limiting to exclude that document, subject to what goes on in trial. Well, it's actually worse. It's worse than that for me. It doesn't seem like it's futile at that point. It's worse for me. He didn't deny the motion and limit it. He reserved it. And we failed to raise it. Now, I have a futility argument. I think the words he used in not one, but two pre-trial proceedings. He indicated what he was feeling at that time, but he didn't feel he could make a final decision without hearing the evidence at trial. I can read the room. I'm not going to convince two of you on futility. I believe it remains plain error for the district court not to have recognized a five-alarm fire in his chambers. With the state court judgment negating the very core of the government's allegation. I fault him for not sua sponte, recognizing that is a verbal act or a statement regarding property. Either way, it is either not hearsay or an exception to hearsay. It was admissible and dispositive of the case. What about you say that the government has switched its theory, but you're not arguing for waiver or anything. Do we just pick up with the new theory from the government as though that was what had been argued in the district court? Well, I struggled with this, Your Honor, as I wrote the briefs. There was a draft that did argue. I recognize that you can affirm on alternate grounds that's a discretionary power. The government has shifted theories of property, but we bear some responsibility because we didn't alight in the district court on the problem with the escrow agent's claim. We focused at the Rule 29 only on Mr. Baker's claim. I mean, Ms. Shane Baker's claim of ownership. So we don't have clean hands completely to come in and demand that waiver. I don't think you have to exercise your discretion to consider the alternate, the new theories, but I'm not afraid of them. They don't improve the government's position. Now I will reserve my time. Thank you. May it please the court. Tyler Murray on behalf of the United States. Defendant Shane Baker, while serving a federal sentence for felony health care fraud and falsification of documents, committed wire fraud. And then after that, while he was on pretrial release for the new charges and supervised release for the old charges, he committed contempt of court and possessed ammunition as a felon. Those convictions should be affirmed. They should be affirmed because the victims in this case, Mr. Baker's brother, Shane Baker, and Old Republic Title Company, had cognizable property rights, traditionally recognized property rights, that are protected by the wire fraud statute. First, we'll go to the title company, Old Republic Title Company. A title company has a fiduciary duty, an obligation to take in this money, to care for it, to protect it from loss, and then dispose of it only according to the terms of the escrow agreement. The Supreme Court answered the question as to whether that's a property right in the case of Shaw. Shaw involved a case where there was a depositor at a bank. And the assumption in the case was that sometimes deposits in a bank belong to the bank. But in some cases, they don't. They remain the property of the depositor. And that was the case. Is that your best case on the escrow is the Shaw case? It is the best case, Your Honor. The Shaw case talks about the notion that when you have custody of another's property and you can block everybody else from the world from getting at it, you have a property interest that's protected by the wire fraud statute. Otherwise, it would be open season, at least as far as federal wire fraud statutes are concerned, on escrow companies. You could have business email compromise schemes. You could have people calling the escrow agents and impersonating the parties of transactions to divert that money. And they might have a remedy in civil cases. There might be a state court crime, but that would take it out of the ambit of the federal wire fraud statutes. Why would our ruling be that broad when the asserted basis for it from your opposing counsel is that Matt owned the money? The examples that you're giving, none of them involve the fraudster owning the money, I presume. The issue of whether, at the time of the wire fraud issue here, the issue of who owned the money had not been resolved by any state court. It had happened before that. And that's where we went to the cases that say, well, I can't be liable for fraud if it was my money to begin with. You don't contend that a different owner owned it at different times to the year, just saying that it hadn't been adjudicated? It hadn't been adjudicated and that different people had property rights that were cognizable and protected under the wire fraud statute. The old Republic Title Company at that time had a cognizable property right under the wire fraud statute that it could be defrauded. Do you acknowledge that your theory has changed on appeal? I don't, Your Honor. At trial, with respect, and the only theory that would have changed would have been with respect to the theory of victimhood of the brother Shane Baker. And at trial, the evidence showed that Mr. Baker, defendant Baker approached his brother and said, hey, I owe the government money. I'd like to not pay them, but I'd like to pay back the money I owe you. And so let me create an LLC in your name, I'll do a real estate transaction through it, and then I'll get you paid back with those proceeds. That was the theory at trial, that's the theory we're espousing here. And the theory is that his brother had a right to be repaid, which the Supreme Court in Pasquitano recognized as a cognizable property right from which someone could be defrauded. So no, I kind of push back on that, that our theory has changed. It has not. And with respect, so with respect to the title company Shaw is the answer to that one. With respect to his brother Shane Baker's property right, that case, the Supreme Court answered that question in Pasquitano, where the right to be repaid is clearly a property right that's traditionally been recognized and from which someone can be defrauded. Just the whole purpose of saying that my brother has assigned it to me was to avoid having his brother find out that this money was coming. So Shane is the equivalent of the Canadian government in that case? Yes, yes. In the Canadian government, is there the same in that they both had a right to be repaid? Now, the difference here is that they've mentioned in their reply brief, my friend has mentioned in the reply brief, is well, it wasn't reduced to judgment. There wasn't a lien, there wasn't a UCC1 filing, but go ahead. Isn't that the natural course of events? He claims that he's owed $445,000 from his brother, there's no judgment. You go get a judgment and you collect against assets. Absolutely, Your Honor, that would be the natural course of events. But that right to sue, I disagree with my friend. That is a property right. Just like the Canadian government hadn't, they have a right to collect that tax money, but they hadn't reduced that to a judgment yet. There's nothing in the record that showed that's been reduced to a judgment or they attached a lien or anything. That right to be repaid, whether you're a secured creditor or an unsecured creditor, is a property right from which someone can be defrauded. With respect to the Supreme Court cases that talk about this issue of property rights, in the briefing, my friend has appeared to hang their hat on language from the Cleveland case that says that the property to be obtained in the wire fraud has to be property in the hands of the victim. But it's important to understand the context in which that language comes. And I think he's asking that phrase to do more work than was intended in that. In the Cleveland case, recall that was the case where there was a fraud at issue to get on the state to issue video poker licenses. And the issue in that case that the court decided was that, no, in the hands of the state, those video poker licenses aren't property yet because it's an exercise of regulatory power as to who gets a property right and when, but once they leave the state's hands, then it's property. That's not the situation we have here. We have two cognizantly recognized property rights that are, from which they could be defrauded, and the jury properly found that here. Counsel, yeah, can you help me with this? The Supreme Court cases that are talking about property and the basis for these fraud statutes are to protect the property, but I'm stuck a little bit overlaying that with the elements of fraud statutes and the definitions, and you heard me maybe ask your opposing counsel the question about whether they've added an element here, and so as I look at the elements the jury was instructed, including the definition of a scheme to defraud, I think I'm maybe perhaps missing their argument as to whether or not, or maybe I am myself adding an additional element here that the government has to prove the property of another somehow, what the realm of their ownership rights are, but you heard them respond, so I'd like to give you that opportunity to maybe help me understand this better. Sure, certainly, and I think the notion that the Supreme Court has given in this line of cases, starting with McNally and ending in Simonelli and others, is that the right to be sought, or the property that has to be sought, has to be traditionally recognized property right. It can't be a right to honest services until they change the statute. It can't be a right to control. It can't be the right to control the lanes of a bridge. It has to be a traditionally recognized property right. And that's what we've got here, and they've identified that in the Pasquitano and Shaw, we've got those kind of traditionally recognized property rights. And I would point the court to language in the Carpenter case. Carpenter, you recall, was decided shortly after McNally, and it's held that confidential business information was a traditionally recognized property right, and in that case, the court made a cogent observation, which is that within that scope of traditional property rights, the wire fraud statute covers all the schemes to get any of those traditional property rights, so we're right down, we're squarely in the middle. We're not asking the court to recognize a right of good government, like they do in Kelly or some other cases. We're right squarely in the middle of, this fraud was, the intent of this fraud was to obtain property, and there was a cognizantly recognized traditional property right in both of the victims of the fraud. Here we're talking about money, and it doesn't seem to me to be a leap to say that someone's gonna have a claim on that money, so whatever traditional property rights one may have in money would not be something in dispute, but what I hear the real dispute here is really who had the claim to that money, and so again, going back to the scheme to defraud, it says in order to deprive another. Would the government even have to prove who that another person is that has the property rights in order to sustain a conviction for the wire fraud? Yeah, I do think that the government has to show that the object of the fraud is a traditional property right in the hands of another. I don't dispute that. What I dispute here is they're trying to define that property right very narrowly here, too narrowly. We do have to show that there's property, property in the hands of another. In the case of the title company here, it literally was in the hands of another. And so we do have to show that, but we don't have to show that there's somehow a security interest or a perfected lien or a judgment or anything like that. Shaw and Pasquitano answered those questions with respect to this case. I'm just gonna say, Your Honor, with respect to the court asking some questions about the state court judgment, let me just mention that it can't be the case that when there's supposedly this dynamite piece of evidence and the court, the district court expresses some doubt, as a good trial judge will do. It will give the parties some insight as to what it's thinking. And instead of marshalling your evidence in response to that, marshalling your arguments, you just don't offer it at trial. Then that's not something that gets to be reviewed later on appeal. If we were to review it, why is it not dispositive? There's several reasons, Your Honor. First, if the state court judgment isn't dispositive here. Number one, because if you were to consider that issue, the trial court didn't exclude it, but even if it had, even if it had, that would have been proper under this court's precedent in the Herrick case, which says that an out of court or an out of- I didn't say it was admitted. Sorry, what? I want you to assume it was admitted and we're considering it. Why would that not be, why would that not provide a defense? Because a claim of right to property isn't a defense. We've cited the court to cases out of the Second Circuit and elsewhere that talk about this notion that just because ahead of time, you think you have a right to property that does not justify you in lying, cheating, and stealing to try and get it. Such disputes get to be resolved through civil litigation or settlement, but not through lies or deception. So even if the judge came in later and said, yes, you own it, that hadn't been decided yet. In fact, Mr. Baker's crime, oh, sorry. So the defrauder may have some right to the property. That doesn't give the defrauder the right to deprive others of whatever rights they may have. Correct, correct. But you don't get to short circuit this whole interpleader proceeding that happened through defrauding. Let me ask you on the interstate commerce issue. You indicate maybe you're conceding. Where's the interstate transfer with respect to the wire communication with the Utah, was it Corporation Commission? Somewhere on the other side. Under our precedent, have you shown an interstate wire communication? What we've offered is the evidence in the record, which was that this was a publicly facing website that was available across state lines and internationally. I mean, that should be enough. But my question, you suggested that perhaps you'd like to raise it on if we don't agree with you on the interstate. But we've required an identifiable communication as part of the crime from one state to another. And the fact that it's on a website that some other person in another state could view, I'm not sure that that's part of the crime. I'm not sure that's enough under our precedent to show an interstate communication. How do you respond to that? I understand your point, Your Honor. And other than what's in our brief, I would say that ultimately, this issue doesn't matter because the same evidence would have come in at trial. The same arguments would have been made. The two counts grouped, and so the same sentence would have been imposed. So ultimately, even if there wasn't an interstate wire, if it turns out that the evidence in this record is insufficient, it would be harmless on this record. Because he'd be guilty of the other. Yeah, count one stands, and the counts grouped, and the sentence would have been the same. The arguments would have came. The evidence would have come in. It wouldn't have just been a count. It would have come in that this is what he did when he changed that. That would apply to the other arguments that are unique to that transfer, to that communication, with respect to the escrow count, right? I'm sorry, Your Honor, I don't fully understand. The communication to the Utah Corporation Commission was relevant to the escrow count. Is that right? It was because the escrow agents had looked at it beforehand and said, well, boy, this belongs to Shane Baker, and then they looked at it later, so it was relevant. It would have come in as part of that. I see that I'm out of time, Your Honor. We ask the Court to affirm. Let me tell you what is not a traditionally recognized property right. The potential right to bring a future lawsuit. You won't find no case law and nothing in the historical record suggesting that a potential right to bring to sue somebody is a property right. Second point, Judge Hart, you have a question, I sense. Okay. Second question is, Mr. Murray has suggested that the fraud statutes are intended to capture, I think his words were, all the schemes. That is precisely the lesson that the 40-year game of whack-a-mole that the Supreme Court has played with very talented prosecutors like Mr. Murray. The Supreme Court restricts the property right. Prosecutors like Mr. Murray then innovate and find a new property right. Here, it's the right to bring a suit. That's, and then the Supreme Court narrows it again. So, we don't consider cause of action a property right. You have to disclose it in your bankruptcy. Yes, undoubtedly. A disclosure requirement does not give rise to a legally cognizable property. But in bankruptcy, the debtor has to disclose causes of action he might have. Yeah. Because those are valuable property to the bankruptcy estate. Well, and they're information for potential creditors. I do not think that's- Because creditors, the debtor doesn't have the right to just hide that. No. And then bring a lawsuit and collect the money and escape the constraints of bankruptcy. That's a property interest, isn't it? Well, I don't know bankruptcy law. But what I am not going to budge, for purposes of the federal fraud statutes- But you're talking about traditional. And traditionally, in bankruptcy proceedings, the cause of action is considered part of the debtor's estate, is it not? I don't know, Your Honor, to be blunt. I have never handled a bankruptcy case in my life. If you find a binding case that describes a potential right to bring a future lawsuit on a breach of contract action, I've got big problems. I don't think you'll find that case. And I don't think you'll find that in the historical, the treatises about property. So, okay. I'm over. Thank you. Oh, thank you.